# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

PHILIP CHARVAT,

      Plaintiff,

v.                                               Case No: 8:14-cv-1928-T-30MAP

E-TELEQUOTE & CASUALTY
COMPANY,

      Defendant.

_____

## ORDER OF DISMISSAL

      Before the Court is the Notice of Voluntary Dismissal Without Prejudice (Dkt. #7).

Upon review and consideration, it is

      **ORDERED AND ADJUDGED** as follows:

      1.      This cause is dismissed without prejudice.

      2.      All pending motions are denied as moot.

      3.      The Clerk is directed to close this case.

      **DONE** and **ORDERED** in Tampa, Florida, this 5th day of September, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2014\14-cv-1928 dismiss 7.docx